UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Barry F. Shannon,

        Plaintiff(s),

                                  CIVIL ACTION NO. 1:11cv11753 - RGS

v.

Global Credit & Collection Corp.,

        Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    The Court having been advised by the parties that the above-entitled action has settled:

    It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within thirty (30) days if settlement is not consummated.

    SO ORDERED.

                                                                RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

                BY:

                                                            _/s/ Terri Seelye_

Dated: August 23, 2012                    Courtroom Clerk to the
                                                    Honorable Richard G. Stearns